UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FINLEY,<br><br>      Plaintiff,<br><br>   v.<br><br>NORTHERN CA. CARPENTERS PENSION TRUST FUND TRUSTEES, ET AL., BOB ALVARADO, MIKE KNAB, CHARLENE MARTINEZ, BILL FEYLING, FIELD REPRESENTATIVES RIGO LAGUARDIA LOCAL 217, SHAWN LEONARD LOCAL 2236, JAY STREETS LOCAL 405,<br><br>      Defendants. | No. 2:13-cv-1132-GEB-EFB PS<br><br><br>ORDER |

     On July 11, 2014, plaintiff filed a motion to compel defendants to respond to plaintiff's discovery requests. ECF No. 51. Plaintiff subsequently noticed the motion for hearing on August 20, 2014. ECF No. 52. However, on July 30, 2014, the court granted plaintiff's July 25, 2014 request to continue the hearing to September 17, 2014. ECF Nos. 53, 55.

     Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

1

1    Although the deadline has passed, the docket reveals that no Joint Statement re Discovery
2 Disagreement has been filed in connection with plaintiff's motion to compel.  Therefore, that
3 motion, ECF Nos. 49, 51, is denied without prejudice and the September 17, 2014 hearing
4 thereon is vacated.
5    SO ORDERED.
6 DATED:  September 15, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2