UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FINLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN CA. CARPENTERS PENSION TRUST FUND TRUSTEES, ET AL., BOB ALVARADO, MIKE KNAB, CHARLENE MARTINEZ, BILL FEYLING, FIELD REPRESENTATIVES RIGO LAGUARDIA LOCAL 217, SHAWN LEONARD LOCAL 2236, JAY STREETS LOCAL 405,<br><br>　　　　　Defendants. | No.  2:13-cv-1132-GEB-EFB PS<br><br><br><br>ORDER |

Plaintiff's motions to redact, ECF Nos. 35 and 45, are granted. Plaintiff is directed to file redacted copies of the documents that contain information that should have been redacted pursuant to E.D. Cal. L.R. 140 within 14 days. Plaintiff is instructed to include on all redacted copies the corresponding docket number. Upon receipt of the redacted copies, the clerk shall replace the original unredacted copies with the redacted copies.

DATED: September 30, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE