UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHERN CA. CARPENTERS PENSION TRUST FUND TRUSTEES, ET AL., BOB ALVARADO, MIKE KNAB, CHARLENE MARTINEZ, BILL FEYLING, FIELD REPRESENTATIVES RIGO LAGUARDIA LOCAL 217, SHAWN LEONARD LOCAL 2236, JAY STREETS LOCAL 405,<br><br>    Defendants. | No.  2:13-cv-1132-GEB-EFB PS<br><br><br>ORDER |

On February 18, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 18, 2015, are ADOPTED; and

   2. Defendants' motion to dismiss, ECF No. 70, is granted in part and denied in part as follows:

      a. Defendants' motion to dismiss plaintiff's 29 U.S.C. § 1132(a)(1)(B) against the Carpenters Funds Administrative Office of Northern California and Carpenters Pension Trust Fund for Northern California is denied; and

      b. The motion is granted in all other respects.

Dated:  March 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge