UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN FINLEY,

            Plaintiff,

    v.

CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA; AND
CARPENTER FUNDS
ADMINISTRATIVE OFFICE FOR
NORTHERN CALIFORNIA, INC.,

            Defendants.

No.  2:13-cv-1132-GEB-EFB PS

ORDER

      On March 17, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party timely filed objections to the findings and recommendations.   On March 31, 2016, this Court adopted the findings and recommendations, dismissed an unserved defendant, denied plaintiff's motion for summary judgment, granted the Pension Fund and Fund Office's cross-motion for summary judgment and entered judgment in their favor.  The case was accordingly closed.

      On April 4, 2016, plaintiff filed belated objections to the findings and recommendations. In an abundance of caution, the Court will vacate the March 31, 2016 order adopting the findings and recommendations and reconsider them in light of plaintiff's objections.  See Fed. R. Civ. P. 59(e) and 60(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case, including plaintiff's objections to the findings and recommendations of the magistrate judge.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the order entered on March 31, 2016 (ECF No. 93) adopting in full the findings and recommendations, dismissing the unserved defendant, denying plaintiff's motion for summary judgment, granting the Pension Fund and Fund Office's cross-motion for summary judgment and entering judgment in their favor is CONFIRMED.

Dated:  April 13, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

2